IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NUMBER: 11-81075
CHAPTER 13

IN RE:
  JOANNE GARDNER NUNN           NOTICE OF APPEARANCE PURSUANT
                                           TO BANKRUPTCY RULE 9010 (b) and
                                           REQUEST FOR NOTICES UNDER
                                           BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Wells Fargo Bank NA, a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

                                         *s/ Kimberly A. Sheek*
                                         Kimberly A. Sheek
                                         Shapiro & Ingle, L.L.P.
                                         NC Bar # 34199

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702


John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615


This the 6th day of July, 2011

                                         *s/ Kimberly A. Sheek*
                                         Kimberly A. Sheek
                                         Shapiro & Ingle, L.L.P.
                                         NC Bar # 34199

11-013458